**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal Case No. 3:10cr00038-1** |
| | ) | |
| **v.** | ) | **2255 FINAL ORDER** |
| | ) | |
| **CARL JOSPEH CUTRO** | ) | **By: Norman K. Moon** |
| | ) | **United States District Judge** |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Cutro's motion pursuant to 28 U.S.C. § 2255 (Docket No. 41) is **DISMISSED** and this action is **STRICKEN** from the active docket of the court.

Further, finding that Cutro has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to petitioner.

**ENTER:** This 29th day of August, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE